# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARLOS A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-17-1192-HE |
| | ) | Formerly Case No. CJ-2017-19 |
| HUMANA INC., | ) | District Court of Ellis County |
| | ) | |
| Defendant. | ) | |

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this dispute, Carlos A. Williams, Plaintiff, and Humana Inc., Defendant, jointly stipulate to this dismissal with prejudice of all claims in this matter, thereby concluding this matter in its entirety.

DATED this 16th day of February, 2018.

Respectfully submitted,

s/Ryan E. Price
(*signed with permission by filing attorney*)
Ryan E. Price, OBA #19547
Robyn G. Price, OBA #18711
SIMS, PRICE & PRICE, PLLC
1517 Main St.
P.O. Box 1086
Woodward, OK 73802-1086
**ATTORNEYS FOR PLAINTIFF**

s/Courtney D. Powell
Courtney D. Powell, OBA No. 19444
Andrew W. Lester, OBA No. 5388
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900/Fax:(405) 844-9958
**ATTORNEYS FOR DEFENDANT**